# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SOMANGSHU MUKHERJI,

      Plaintiff,                          Case No. 23-cv-12147
                                                          Hon. Matthew F. Leitman

v.

UNIVERSITY OF MICHIGAN, et al.,

      Defendants.
_____/

## **STIPULATED ORDER REGARDING DISCOVERY**

In accordance with the stipulation of the parties, and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that any discovery taken in the case of *Mukherji v. University of Michigan, et. al.*, Michigan Court of Claims Case No. 22-000093-MK, can be used to the same extent as if taken in this case. Nothing in this Order waives any objections by any party to the use or taking of discovery, or to its admissibility.

**IT IS SO ORDERED**.

                                                         s/Matthew F. Leitman
                                                         MATTHEW F. LEITMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated:  September 10, 2024

**I STIPULATE TO THE ENTRY OF
THE ABOVE ORDER:**

s/Hideaki Sano (w/consent)s/Daniel B. Tukel
Hideaki SanoDaniel B. Tukel
105 E. Main Street201 W. Big Beaver Road
Northville, Michigan  48167Suite 1200
(248) 679-8711Troy, Michigan 48084
sano@spplawyers.com(248) 258-1616
P61877tukel@butzel.com
(P34978)