UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOMANGSHU MUKHERJI,

       Plaintiff,                                  Case No. 23-cv-12147
                                                    Hon. Matthew F. Leitman

v.

UNIVERSITY OF MICHIGAN
BOARD OF REGENTS, et al.,

       Defendants.
_____/

## **STIPULATED ORDER FOR TEMPORARY STAY**

In accordance with the stipulation of the parties, the Court being advised that there is a related case pending in the Michigan Court of Claims in which Somangshu Mukherji is plaintiff and the University of Michigan is defendant, and in which there is a Motion for Summary Disposition filed and fully briefed and waiting for a decision which the parties anticipate may address or clarify some of the issues in the Complaint filed here, and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that that this matter is stayed for up to 90 days pending a decision in the Michigan Court of Claims case. If a decision in that case is issued prior to the expiration of the 90 day period, discovery here is extended 90 days from the date that decision is issued, and all other dates are similarly extended and the parties may submit a revised Scheduling Order reflecting those revised dates. If no

decision is issued by the Michigan Court of Claims within the 90 day period, discovery here is extended 90 days from the end date of the 90 day stay, and all other dates are similarly extended and the parties may submit a revised Scheduling Order reflecting those revised dates. At the end of the 90 day stay period, if no Court of Claims decision has been issued, the stay is lifted and the parties may take whatever action(s) they deem appropriate, which may include a request to extend the stay.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 20, 2024

**I STIPULATE TO THE ENTRY OF
THE ABOVE ORDER:**

s/Hideaki Sano (w/consent)
105 E. Main Street
Northville, Michigan 48167
(248) 679-8711
sano@spplawyers.com
P61877

s/Daniel B. Tukel
201 W. Big Beaver Road
Suite 1200
Troy, Michigan 48084
(248) 258-1616
tukel@butzel.com
(P34978)