**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**


**SOMANGSHU MUKHERJI,**

        Plaintiff,

v.

**UNIVERSITY OF MICHIGAN**
**BOARD OF REGENTS;**
**UNIVERSITY OF MICHIGAN;**

        Defendants.

Case No. 23-cv-12147
Hon. Matthew F. Leitman

_____/

| | |
|---|---|
| **SALVATORE PRESCOTT**<br>**PORTER & PORTER PLLC**<br>By:  **Hideaki Sano (P61877)**<br>105 E. Main Street<br>Northville, Michigan  48167<br>(248) 679-8711<br>**Attorney for Plaintiff** | **BUTZEL LONG**<br>By:  **Daniel B. Tukel (P34978)**<br>201 West Big Beaver, Suite 1200<br>Troy, Michigan  48084<br>(248) 258-1616<br>**Attorneys for Defendants** |

_____/

### STIPULATED ORDER FOR CONTINUING TEMPORARY STAY

In accordance with the stipulation of the parties, the Court being advised that there is a related case pending in the Michigan Court of Claims in which Somangshu Mukherji is plaintiff and the University of Michigan is defendant, and in which there is a Motion for Summary Disposition filed and fully briefed and waiting for a decision which the parties anticipate may address or clarify some and potentially all of the issues in the Complaint filed here, and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that that the stay previously order in this case is continued for up to an additional 90 days (up to June 18, 2025) pending a decision in the Michigan Court of Claims case.  If a decision in that case is issued on or before June 18, 2025, discovery here is extended 75 days from the date that decision is issued, and all other dates are similarly extended and the parties may submit a revised Scheduling Order reflecting those revised dates.  If no decision is issued by the Michigan Court of Claims by June 18, 2025, the stay is lifted, discovery here is extended to and including September 2, 2025, and all other dates are similarly extended and the parties may submit a revised Scheduling Order reflecting those revised dates, and the parties may take whatever other action(s) they deem appropriate, which may include a request to extend the stay.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 28, 2025

- 3 -

**I STIPULATE TO THE ENTRY OF
THE ABOVE ORDER:**


s/Hideaki Sano
105 E. Main Street
Northville, Michigan  48167
(248) 679-8711
sano@spplawyers.com
P61877

s/Daniel B. Tukel
201 W. Big Beaver Road
Suite 1200
Troy, Michigan 48084
(248) 258-1616
tukel@butzel.com
(P34978)