UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOMANGSHU MUKHERJI,

      Plaintiff,                          Case No. 23-cv-12147
                                           Hon. Matthew F. Leitman

v.

UNIVERSITY OF MICHIGAN
BOARD OF REGENTS, et al.,

      Defendants.
_____/

**STIPULATED ORDER REGARDING MOTION TO DISMISS
AND MOTION FOR LEAVE TO AMEND COMPLAINT**

As per the Court's instruction, in accordance with the stipulation of the parties, and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that on or before September 29, 2025, defendant file any motion to dismiss or for summary judgment of the current Complaint based on res judicata and/or collateral estoppel, and plaintiff file any motion for leave to amend the Complaint.

**IT IS FURTHER ORDERED** that on or before October 27, 2025, each party shall file any response/opposition to the motions.

**IT IS FURTHER ORDERED** that on or before November 11, 2025, each party shall file any reply to any response/opposition to the motions.  Any hearing on

the motions will be set by the Court, if possible, for both motions to be heard on the same day.

**IT IS FURTHER ORDERED** that until any motion covered by this Order is resolved, no discovery take place.

**IT IS SO ORDERED**.

                                                      s/Matthew F. Leitman
                                                     MATTHEW F. LEITMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated: August 1, 2025

**I STIPULATE TO THE ENTRY OF
THE ABOVE ORDER:**

| SALVATORE PRESCOTT PORTER & PORTER, PLLC | BUTZEL LONG |
|---|---|
| s/ Hideaki Sano | s/ Daniel B. Tukel (*with consent*) |
| Hideaki Sano (P61877) | Daniel B. Tukel (P34978) |
| 105 E. Main St. | 201 W. Big Beaver Road |
| Northville, MI 48167 | Suite 1200 |
| T: (248) 679-8711 | Troy, Michigan 48084 |
| sano@spplaw.com | T: (248) 258-1616 |
| | tukel@butzel.com |