UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOMANGSHU MUKHERJI,

       Plaintiff,

v.

UNIVERSITY OF MICHIGAN, *et al.*,

       Defendants.

Case No. 23-cv-12147
Hon. Matthew F. Leitman

_____/

**ORDER (1) DENYING DEFENDANTS' MOTION TO DISMISS (ECF No. 21) AND (2) GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (ECF No. 22)**

On June 18, 2026, the Court held a virtual hearing on the two pending motions in this case: (1) Defendants' Motion to Dismiss (ECF No. 21) and (2) Plaintiff's Motion for Leave to File a First Amended Complaint (ECF No. 22).  For the reasons stated on the record, **IT IS HEREBY ORDERED** as follows:

(1) Defendants' Motion to Dismiss (ECF No. 21) is **DENIED**;

(2) Plaintiff's Motion for Leave to File a First Amended Complaint (ECF No. 21) is **GRANTED**.  Plaintiff shall file his amended pleading separately on the docket by not later than **Thursday, June 25, 2026**.

(3) The Court will dismiss without prejudice Case No. 25-13431, Mukherji v. University of Michigan Board of Regents, et al., filed on October 28, 2025,

1

on the basis that it is moot in light of the Court's decision to grant Plaintiff the opportunity to file a First Amended Complaint in this action.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 18, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 18, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2